**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MAYRA MUNGUIA BUENO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-891** |
| **WAL-MART, INC., ET AL** | **SECTION: "I" (1)** |

**O R D E R**

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a). The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of this court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 8th day of May, 2025.

May 8, 2025
REALLOTTED TO
**SECT. L**

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**